# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:04CR302** |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| **vs.** ) | |
| ) | |
| **JOZABET CASTRO-GARZON,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's motion for new trial (Filing No. 157). The Court has considered the supporting brief (Filing No. 157).

IT IS ORDERED that the Defendant's motion for new trial (Filing No. 157) is denied.

DATED this 10th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge