IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR302** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JOZABET CASTRO-GARZON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Motion to Continue Sentencing Date (Filing No. 202) by the Defendant Jozabet Castro-Garzon.

This is the third time the Defendant has asked that sentencing be continued. The motion is denied. Under the circumstances, the Court suggests that Mr. Abrahamson deliver a written allocution. Sentencing will take place as scheduled on December 15, 2005.

IT IS ORDERED that the Defendant's Motion to Continue Sentencing Date (Filing No. 202) is denied.

DATED this 14th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge