## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR302** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOZABET CASTRO-GARZON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's pro se motion for reconsideration (Filing No. 239) of the memorandum and order denying the Defendant's motion for a certificate of appealability (Filing No. 239).

IT IS ORDERED:

1. The Defendant's motion for reconsideration (Filing No. 239) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 3rd day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge