IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:04CR302 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOZABET CASTRO-GARZON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on: the Defendant's motion to vacate under 28 U.S.C. § 2255 (Filing No. 252). Although the motion is entitled as one brought under 28 U.S.C. § 2241, the body of the motion indicates it was filed under § 2255. Also, although the motion was docketed as a "successive" § 2255 motion, it is the first § 2255 motion.

In the Court's previously issued Memorandum and Order (Filing No. 251), the Court explained that the time has expired for the filing of a § 2255 motion.

IT IS ORDERED:

1.  The Defendant's motion to vacate under 28 U.S.C. § 2255 (Filing No. 252) is denied; and

2.  The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 1st day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge