# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR302** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **JOZABET CASTRO-GARZON,** | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1.  The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 262);

2.  Upon initial review, the § 2255 motion (Filing No. 262) is summarily denied; and

3.  The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 12th day of August, 2011.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge