IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR302 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOZABET CASTRO-GARZON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for leave to file a successive motion under 28 U.S.C. § 2255 (Filing No. 265).

Rule 9 of the Rules Governing Section 2255 Proceedings provides: "Before presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion, as required by 28 U.S.C. § 2255, para. 8." The Defendant motion must be addressed to the Eighth Circuit Court of Appeals.

IT IS ORDERED:

1. The Defendant's motion for leave to file a successive motion under 28 U.S.C. § 2255 (Filing No. 265) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 3rd day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge