IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:04CR302 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOZABET CASTRO-GARZON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's successive motion under 28 U.S.C. § 2255 (Filing No. 269).

Rule 9 of the Rules Governing Section 2255 Proceedings provides: "Before presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion, as required by 28 U.S.C. § 2255, para. 8." The Defendant's successive § 2255 motion is denied for lack of an order from the Eighth Circuit allowing this Court to consider the motion.

IT IS ORDERED:

1. The Defendant's successive motion under 28 U.S.C. § 2255 (Filing No. 269) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 7th day of May, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge