IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 8:04CR302** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **JOZABET CASTRO-GARZON,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant Jozabet Castro-Garzon's Motion to Appoint Counsel (#273).

Defendant's Documents Petition and/or Petition to Appoint Counsel for Clemency Petition (#273) is denied. Court-appointed counsel is not available in clemency proceedings. Defendant may contact his case manager at the Bureau of Prisons to request access to on-line or paper surveys through which *pro bono* representation may be available.

The clerk will mail a copy of this order to the defendant at his last known address.

**IT IS ORDERED** that defendant Jozabet Castro-Garzon's Documents Petition and/or Petition to Appoint Counsel for Clemency Petition (#273) is denied**.**

Dated this 29th day of August, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge